IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA G. FRANKLIN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> SCOTT FRAKES, Director, In his Individual and Official Capacity; et al., <br><br> Defendants. | 8:16CV470 <br><br> MEMORANDUM AND ORDER |

On January 30, 2017, the court ordered Plaintiff to file an amended complaint by March 1, 2017, or face dismissal of this action. (Filing No. 9.) On February 27, 2017, Plaintiff requested a short continuance to file an amended complaint. (Filing No. 10.) The court granted Plaintiff an extension until March 13, 2017, to file an amended complaint. (Filing No. 11 (Text Order).) To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's order to file an amended complaint that complied with Rule 8 of the Federal Rules of Civil Procedure. The court will enter judgment by a separate document.

Dated this 20th day of March, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge