IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JOSHUA G. FRANKLIN, SR.,

                Plaintiff,

        vs.

DIANE SABATKA-RINE, Deputy
Director, In her Individual and Official
Capacity; FRED BRITTEN, Warden, In
his Individual and Official Capacity;
CURT WEES, Unit Administrator, In
his Individual and Official Capacity;
MCCLYMONT, Case Manager;
DENNIS BAKEWELL, and CHARLES
RINE,

                Defendants.

**8:16CV470**

**MEMORANDUM
AND ORDER**

    This matter is before the court on its own motion. On July 10, 2017, the clerk of the court sent an order to Plaintiff at his last known address and it was returned to this court as undeliverable. (*See* Filing No. 39.) Plaintiff has an obligation to keep the court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the court of address changes within 30 days). This case cannot be prosecuted in this court if Plaintiff's whereabouts remain unknown.

    IT IS THEREFORE ORDERED that:

    1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.     **Defendants' deadline of August 1, 2017, to file a responsive pleading is terminated. The court shall advise Defendants of a new deadline should Plaintiff timely update his address.**

3.     The clerk of the court is directed to set a pro se case management deadline in this case using the following text: **August 21, 2017**: check for address.

Dated this 21st day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge