IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA G. FRANKLIN, SR., <br><br> Plaintiff, <br><br> vs. <br><br> DIANE SABATKA-RINE, Deputy Director, In her Individual and Official Capacity; FRED BRITTEN, Warden, In his Individual and Official Capacity; CURT WEES, Unit Administrator, In his Individual and Official Capacity; MCCLYMONT, Case Manager; DENNIS BAKEWELL, and CHARLES RINE, <br><br> Defendants. | 8:16CV470 <br><br> **MEMORANDUM AND ORDER** |

This matter is before the court on its own motion. On July 21, 2017, the court entered a Memorandum and Order instructing Plaintiff to update his address within 30 days. (Filing No. 40.) The clerk's office believed that it did not have a forwarding address for Plaintiff on file after he was discharged from the Nebraska Department of Corrections ("NDCS"). However, Plaintiff did inform NDCS of his forwarding address and NDCS did, in turn, inform the clerk's office of that address on a returned envelope addressed to Plaintiff at NDCS. (*See* Filing No. 39.) Accordingly,

IT IS THEREFORE ORDERED that:

1. Plaintiff shall disregard Filing No. 40. He does not need to update his address with the court. The case will proceed. Considering this change in events, Defendants shall file a motion for extension of time no later than August 1, 2017,

2

to file a responsive pleading, because the court previously terminated that date as their deadline to file a responsive pleading.

    2.    The clerk's office is directed to terminate the pro se case management deadline of August 21, 2017: check for address.

Dated this 27th day of July, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge