# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JOSHUA G. FRANKLIN SR.,<br><br>Plaintiff,<br><br>vs.<br><br>DIANE SABATKA-RINE, Deputy Director, In her Individual and Official Capacity; FRED BRITTEN, Warden, In his Individual and Official Capacity; CURT WEES, Unit Administrator, In his Individual and Official Capacity; MCCLYMONT, Case Manager; DENNIS BAKEWELL, and CHARLES RINE,<br><br>Defendants. | **8:16CV470**<br><br><br>**MEMORANDUM AND ORDER** |

On August 1, 2017, the court ordered Plaintiff to pay the $400.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders. The court will enter judgment by a separate document.

Dated this 3rd day of November, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge